Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Fl__

__Ocala__ Division

Vadol M. Reed
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Florida Dept. Of Corrections
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. __5:24-cv.115.JLB-PRL__
(to be filled in by the Clerk's Office)

FILED - USDC - FLMD - OCA
MAR 11 2024 AM 11:47

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Vadoi M. Reed
All other names by which you have been known: Dynasty
ID Number: K40190
Current Institution: Lake Correctional Institution
Address: 19225 US Hwy 27
Clermont, Fl 34715
City / State / Zip Code

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: C. Brown
Job or Title *(if known)*: Officer/C/O
Shield Number:
Employer: Florida Department Of Corrections
Address: Lake Correctional Institution
Clermont, Fl 34715
City / State / Zip Code
☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity   ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  
  _____ _____ _____
  City           State          Zip Code
  
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  
  _____ _____ _____
  City           State          Zip Code
  
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Under The 8th Amendment U.S Constitutional Rights I Am A Transgender Inmate who I Subject To Cruel And Unusual Punishment Due To Malicious Intents Thru The Means of Mental-N-Sexual Harassment From C/o Brown And Under The 14th Amendment US Constitutional Right As A Transgender Prisoner Due Process Rights were Violated when C/o Brown Elected To Deprived Me of Liberty Interest Created By State Laws or Policies (which is Not To Be Searched By A Male Officer In accordance with F.A.C Rule 33-602·07, Plus P.R.E.A Standards).

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

He Failed To Allow Me To Be Searched By A Certified Trained Female/Transgender officer. Plus He Acted Under The Authority Of A Correctional Officer By Disregarding Policy And Procedures Prohibiting Him From Conducting A Custodial Pat Search OF Me Without The Proper Training Which Was Not Authorized

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

6·22·23 In Front OF Captain Office

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

6·1·23 Between 12-12:30; 6·2·23 Between 5-5:30 Am Going To Breakfest 6·3·23 Between 6-6:30 Am, 6·4·23 Between 8-9, And 6·22·23 Around Breakfest 5-5:30 Am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I The Plantiff Am Being Sexual Harrased Due To Prison Officals Feeling Up On Me During Different Encounters. Officer Brown Was The First To Initate This Spring Of Attacks, Caused And Carried Out By Him, Himself, Clearly On 6·22·23 At/Around Breakfest Time C/O Brown Clearly Disregarded My Prisoner Rights As A Transgender Inmate And Conducted A Full Body Pat Search Oc Me When In-Fact There Was A Female Officer Present Who Could Have Conducted The Search (Seargent Chandliic) I Was Molested Sexually On Numerous occasions, By The Touching Of Sensitive Areas On Personal (Body Parts: Brest) Thru The Means OF Bogus Pat Searches, And To Get Other Prison Officals To Turn A Blind Eye To The Injustice That The Petitioner Suffers, C/O Brown Continues To Alleged That His Means For Sexually Molesting Me Is Due To Search Procedures.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Distress, Mentally Tramua And Hurting OF Breast Upon Conduction Of Search

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$100,000 - $150,000 ... I'm Seeking Monetary Damages Relief.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lake Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

To The Assistant Warden Mrs. Flowers Who's The Compliance Manager

2. What did you claim in your grievance?

Sexual Harresment Allegations

3. What was the result, if any?

Approved

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Didnt Have To Appeal The Compliance Manager Decision. The Grievance Process IS Completed And Fully Exhausted.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Please See Attached Exhibitions (Grievances Documents)...

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) N/A
    Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☐ Yes
    ☒ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Vadol Reed*
Printed Name of Plaintiff: Vadol Reed
Prison Identification #: K40140
Prison Address: Lake Correctional Institution
Clermont, FL 34715

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: JUL 27 2023
Team Number: _____
Institution: _____

312-2307-0150

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☑ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other ___ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Reed, Vadal | K40190 | I2109L | Barbara/Houson | 7.24.23 |

**REQUEST**      Check here if this is an informal grievance ☑

I Hereby Adopt The Attached Formal Grievance Log# 2307-312-010 As If Statefully Herein, In This Informal Grievance, Pursuant To The Reporting Requirements Of FDC Procedure 108.007, That This Matter Be Forwarded To The IG's Office For Review, Investigation And Actions Taken. Also, Attached Informal Grievance Log# 312-2306-0208

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): /s/ Reed     DC#: K40190

**RECEIVED**

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**     DATE RECEIVED: JUL 26 2023

Lake CI
ASST. WARDEN'S OFFICE

Your grievance of staff misconduct has been forwarded for review and investigation the investigative section, the office of the Inspector General for appropriate action. You may consider your grievance approved from the standpoint of the allegations being forwarded for further review. However, the approval does not substantiate your claim. This may or may not result in a personal interview with you.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or **Approved**). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): M. Millar    Official (Signature): _____    Date: 7/26/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Ig-App

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

2307-312-010      JUL 0 5 2023

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections   Lake CI ASST. WARDEN'S OFFICE

From or IF Alleging Sexual Abuse, on the behalf of:

| Reed | Vadol | M | K40190 | Lake C.I. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Attached To And Incorporated Is My Informal Grievance Which Was Approved (See Attached Informal Grievance Log # 312.2306.0208) I Maintain The Same Grievance and Seek As Relief: (1) That This Issue Be Immediately Referred To The ICT Without Delay For Investigation And Appropriate Action Because Of Ofc. Brown's Continual Action(s) Of Retaliation Directly And In Collusion With His Co-Workers As A Result Of My Writing The Aforementioned Informal Grievance And Because I'm A Transgender ~~[redacted]~~ (2) That Ofc. Brown Be Re-assigned Until This Is Resolved To Insure He Has No Further Contact With Me And Any Other Transgenders So He Can't Harass, Discriminate And Retaliate As He Is Doing. In Support Of The Aforementioned I State The Following Facts With My Cellmate Adrian Cuyer As A Witness To The Incident. On The Morning Of 6.3.23 Between 6-6:30 Am. Sargent Fortis And Sargent Chandler Came To My Room Waking Me Up Saying They Need To Search My Room I Complied And Let Them Search While Doing So They Began Reading My Legal Mail And Taking And Destroying My Property Never Giving Me A Property Receipt When The Search Was Over They Called Me To The Booth And Told Me Officer Brown Told Them To Do So Reminding You They Never Searched My Bunkie Things. On 6.1.23 Around 12-12:30 Pm Officer Brown Was Assigned To I-Dorm Upon Doing His 30 Minutes Check He Stopped At My Room Stating "Do You Want To Write Me Up (Becourmie) He Then Began To Close My Door Reminding You That It Was A Late Night He Walked Off And Came Back Stating "I Got Something For You" The Next Morning On 6.2.23 Going To Breakfast He Pulled Me Out Of Line Asking Me Did I Have A Problem He Then He Will Show Me How He Like To Do The Inmates In Georgia When He Worked There. On 6.4.23 Around (8-9) Am I Was On The Kiosk Showing A Inmate How To Do Something Because Their Kiosk Was Acting Up Sargent Pennington Called Me To The Booth And Asked My Name I Told Him He Then Stated "You The Rat That Was Writing Grievances On My Staff" He Asked For My ID I Went To Get My ID Which Is On Camera And He Took My Name And DC Down When I Asked Him What Was Going On He Told Me To Fuck Off I Already Have Informal Grievance Log # For Him 312.2306.0208 Also Part # 312.23.0033

DATE: 6/4/23      Pg. 1 OF 1

SIGNATURE OF GRIEVANT AND D.C #: Reed K40190

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / Signature

**INSTRUCTIONS**
This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____ (Date)      Institutional Mailing Log #: _____      _____ (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY                CENTRAL OFFICE
INMATE (2 Copies)                   INMATE
INMATE'S FILE                       INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE        CENTRAL OFFICE INMATE FILE
                                    CENTRAL OFFICE GRIEVANCE FILE

303 (Effective 11/13)      Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| REED, VADOL | K40190 | 2307-312-010 | LAKE C.I. | I2109L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received and evaluated.

Your request for administrative remedy is in non-compliance with Florida Administrative Code (FAC) Ch. 33-103.014(1)(g), Inmate Grievance Procedure. The grievance did not have the attachments required: informal grievance and response #312-2306-0208, except as allowed for in paragraphs FAC Ch. 33-103.006(3)(a) through (h), or the formal grievance and response, except as provided for in subsection FAC Ch. 33-103.007(6)

Based on the foregoing information, your grievance is Returned.

In order, to receive administrative review of your complaint you must correct the defects and re-submit the grievance within the time frames set forth in FAC Ch. 33-103.011, unless instructed otherwise in the grievance response.

R. Flowers, Assistant Warden of Programs

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 7/19/23 DATE |
|---|---|---|

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Log # 312-2306-0208

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
- [ ] Warden
- [x] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other Ms. Flowers

**FROM:**
- Inmate Name: Reed, Vada
- DC Number: K49140
- Quarters: I-2109L
- Job Assignment: Hairstyle/HSemp
- Date: 6/25/23

**REQUEST** — Check here if this is an informal grievance [x]

On 6.17.23 @ Breakfast Time Ofc. C. Brown searched (Pat) Me Infront Of The Captains Office After pulling Me Out Of Line Because The Metal Detector Gate Went Off. I Advise Ofc. C. Brown That I Was A Transgender. He Said: "I Don't Care If It Goes Off Again Im Searching You And You Can Write It Up". When The Gate Went Off Again He Pat Searched Me Groping On My Breast There Was A Female Officer Present And He Refused To Allow Her To Conduct The Search. More Over He Took My Transgender Pass I Had In Possession. This Is A latent Violation Of F.DO.C. Procedure 602.018 And this Was "Not" An Emergency Situation To Justify Ofc. C. Brown Disregarding The Procedure Of Whim, Furthermore, His Groping My Breast While Allegedly Searching Me Amounts To Sexual Harassment. Relief (1) That Ofc. C. Brown Be Relocated To A Position He Has No Further Contact With Transgenders Inmates (2) That All Staff Be Re-Educated on Prea standards And F.DO.C. Procedures In Reference To Transgenders To Ensure This Does Not Occur Again.

Inmate (Signature): _____  DC#: K49140

**RECEIVED**

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   DATE RECEIVED: JUN 27 2023   Lake CI ASST. WARDEN'S OFFICE

Your request for administrative remedy has been received, reviewed and evaluated. The issue of your complaint has been referred to the Investigative Section of the Office of the Inspector General for appropriate action. Your issue has also been reported in compliance with PREA procedures, alleging improper conduct, sexual. A PREA number will be provided for documentation. PREA Number: PRX-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. Upon completion of necessary action a formal disposition will be rendered and information will be provided to you. Your grievance is approved from the standpoint of action being initiated. However the approval does not substantiate your claim.

Based on the above information, your grievance is **approved**. (Returned, Denied, or Approved) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): Ms. Marquez   Official (Signature): _____   Date: 6-28-23

10L-AWF

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.